Filed 12/12/24  P. v. Johnson CA2/2

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION TWO

| | |
|---|---|
| THE PEOPLE, | B332651 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. LA095366) |
| v. | |
| PAUL JOHNSON, | |
| Defendant and Appellant. | |

THE COURT:

Paul Johnson (defendant) appeals his judgment of conviction for robbery (Pen. Code, § 211)[1] and assault with a deadly weapon (§ 245, subd. (a)(1)).  His appointed counsel filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*), raising no issues.  On August 22, 2024, we sent defendant a letter notifying him of his counsel's brief and gave him leave to file,

---

[1]    All further statutory references are to the Penal Code unless otherwise indicated.

within 30 days, his own brief or letter stating any grounds or argument he might wish to have considered. That time has elapsed, and defendant has submitted no brief or letter. We have reviewed the entire record and, finding no arguable issues, affirm the judgment.

In the afternoon of August 14, 2021, defendant, carrying a knife in one hand and an axe or hatchet in the other, approached a man walking on the street. Defendant got to within four feet of the man and raised his hands holding the weapons. The man fled and ducked into a nearby apartment building. Approximately 30 minutes later, defendant approached a 14-year-old boy who was riding his skateboard in an alley. Defendant was "talking gibberish" and pointed to the skateboard with one hand while holding a hatchet in the other. The boy kicked the skateboard in the direction of defendant, who got on it and rode away. Defendant was detained shortly thereafter and had a knife, a hatchet, and a skateboard in his possession.

Defendant proceeded to trial by jury and was convicted of robbery and assault. The trial court sentenced defendant to three years in state prison comprised of the low term of two years for the robbery and a consecutive one-year term—one third the midterm of three years—for the assault.

Defendant filed a timely notice of appeal.

We have independently examined the entire record on appeal and are satisfied that defendant's appellate counsel has fully complied with his responsibilities and that no arguable issues exist. (*Wende, supra*, 25 Cal.3d at p. 441.)

Defendant has, by virtue of counsel's compliance with the *Wende* procedure and our independent review of the record, received adequate and effective appellate review of the judgment

entered against him in this case. (See *Smith v. Robbins* (2000) 528 U.S. 259, 278-279; *People v. Kelly* (2006) 40 Cal.4th 106, 123-124.)

## DISPOSITION

The judgment is affirmed.

<u>NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS</u>.

_____

LUI, P. J.,          ASHMANN-GERST, J.,          HOFFSTADT, J.